UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PACIFIC ALLIANCE MEDICAL CENTER, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT F. KENNEDY, JR., <br> Secretary of Health and Human Services, <br><br> Defendant. | Civil Action No. 26-0099 (APM) |

**DEFENDANT'S CONSENT MOTION TO STAY**

Defendant Robert F. Kennedy, Jr., in his capacity as Secretary of Health and Human Services, respectfully moves to stay this action until August 25, 2026 or until the entry of a final, non-appealable judgment in *Montefiore Medical Center v. Kennedy* (D.D.C. No. 24-cv-1810), whichever is sooner.  Counsel for Plaintiffs consent to the relief requested.

In support of his motion, Defendant states as follows:

1.     In this case brought under the Administrative Procedure Act, Defendant filed his motion to dismiss in April 2026 (ECF No. 9) and Plaintiffs amended their complaint in May 2026 (ECF No. 14).  This Court then entered a Minute Order denying as moot Defendant's pending motion to dismiss.

2.     Because the Amended Complaint seeks relief related to that currently awaiting Judge AliKahn's order on remedies following the grant of summary judgment against Defendant in *Montefiore Medical Center v. Kennedy* (D.D.C. No. 24-cv-1810) ("*Montefiore* Order"), Defendant respectfully submits that a stay of this case is warranted in the interests of judicial economy.  *See Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) ("[T]he power to stay proceedings

is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.").  The time-limited stay requested here will give the parties an opportunity to understand the impact of the *Montefiore* Order and to discuss whether this case should remain stayed pending disposition of *Montefiore* or whether this case presents issues that should be litigated separately.

3.      Pursuant to Local Civil Rule 7(m), the undersigned conferred with Plaintiffs' counsel and Plaintiffs' counsel advised that Plaintiffs consent to the relief requested in the interest of judicial economy.


Dated: May 14, 2026                                          Respectfully submitted,

                                                            JEANINE FERRIS PIRRO
                                                            United States Attorney

                                                            By:  */s/ Andrew J. Vaden*
                                                                ANDREW J. VADEN, D.C. Bar #1044860
                                                                Assistant United States Attorney
                                                                601 D Street, NW
                                                                Washington, DC 20530
                                                                (202) 252-2437

                                                            *Attorney for the United States of America*