UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PACIFIC ALLIANCE MEDICAL CENTER, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT F. KENNEDY, JR.,<br>Secretary of Health and Human Services,<br><br>Defendant. | Civil Action No. 26-0099 (APM) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's Consent Motion to Stay, it is hereby

ORDERED that the above-captioned case is STAYED until August 25, 2026 or until a final, non-appealable judgment is entered in *Montefiore Medical Center v. Kennedy*, D.D.C. Case No. 1:24-cv-01810, whichever is sooner; and it is further

ORDERED that the parties shall file a joint status report proposing next steps in this litigation within fourteen days after the stay is lifted in accordance with this order.

SO ORDERED.

Dated: _____           _____
                                                     AMIT P. MEHTA
                                                     United States District Judge