**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

PACIFIC ALLIANCE MEDICAL CENTER, et al.

Plaintiffs,

v.

ROBERT F. KENNEDY, JR., Secretary, United States Department of Health and Human Services,

Defendant.

Case No. 1:26-cv-00099-APM

**PLAINTIFFS' [PROPOSED] ORDER**

Upon consideration of the parties' Joint Status Report, and the entire record herein, it is hereby

ORDERED that the stay of this action is CONTINUED until the entry of a final, non-appealable judgment in *Montefiore Medical Center v. Kennedy*, No. 1:24-cv-01810 (LLA) (D.D.C.); and it is further

ORDERED that the parties shall file a further Joint Status Report, addressing the status of *Montefiore Medical Center v. Kennedy* and proposing further proceedings in this action, on or before February 25, 2027, or within thirty (30) days of the entry of a final, non-appealable judgment in that action, whichever is sooner.

Dated: ___________________, 2026

______________________________
AMIT P. MEHTA
United States District Judge